Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of REGAN HORIKE, Respondent, v MARK FREEDMAN, Appellant. (And Another Related Proceeding.)

Submitted March 28, 2011; decided May 10, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Family Court order denying appellant's application, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of JOHN JAY COLLEGE OF CRIMINAL JUSTICE OF THE CITY UNIVERSITY OF NEW YORK. RIVER CENTER LLC et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Respondent.

Submitted January 31, 2011; decided May 10, 2011

Motions, insofar as they seek leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's order denying River Center LLC's motion to reopen, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution; motions for leave to appeal otherwise denied.

---

In the Matter of JOHN JAY COLLEGE OF CRIMINAL JUSTICE OF THE CITY UNIVERSITY OF NEW YORK. RIVER CENTER LLC et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Respondent.

Submitted February 7, 2011; decided May 10, 2011

Motion by the Real Estate Board of the State of New York, Inc. for leave to file a brief amicus curiae in support of the mo-

tion for leave to appeal herein granted and the brief is accepted as filed.

---

RESAT KELES, Appellant, v THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents.

Submitted March 28, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

CARY KITTNER, Individually and as Assignee of Stuart Quimby, et al., Appellants, v EASTERN MUTUAL INSURANCE COMPANY, Respondent.

Submitted February 28, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

AMERICO PELLECHIA, Appellant, v PARTNER AVIATION ENTERPRISES, INC., Doing Business as EMPIRE AIRWAYS, Respondent.

Submitted March 21, 2011; decided May 10, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN E. VAN NORSTRAND, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted March 21, 2011; decided May 10, 2011